1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  JAIME FRANCISCO ALVAREZ,

9                              Petitioner,

10       v.

11  ICE FIELD OFFICE DIRECTOR,

12                              Respondent.

CASE NO. C18-973-TSZ-BAT

**REPORT AND
RECOMMENDATION**

13       Petitioner initiated this action on July 2, 2018, to obtain release from immigration

14  detention or a bond hearing. Dkt. 1. On September 25, 2018, petitioner was removed to Mexico

15  pursuant to an administratively final order of removal. Dkt. 12-1. The Government now moves

16  to dismiss this action as moot. Dkt. 11.

17       Under Article III of the U.S. Constitution, federal courts may adjudicate only actual,

18  ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas

19  petition to continue to present a live controversy after the petitioner's release or deportation . . .

20  there must be some remaining 'collateral consequence' that may be redressed by success on the

21  petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas

22  petition challenges only the length of his detention, his claims were fully resolved by release

23

REPORT AND RECOMMENDATION - 1

1    from custody.  *See id.* at 1065.  Accordingly, there is no collateral consequence that could be

2    redressed by the Court, and petitioner's habeas petition must be dismissed as moot.  *See id.*

3         The Court thus recommends that the Government's motion to dismiss, Dkt. 11, be

4    **GRANTED**, petitioner's habeas petition be **DENIED**, and this action be **DISMISSED** with

5    prejudice.  A proposed Order accompanies this Report & Recommendation.

6         This Report and Recommendation is not an appealable order.  Therefore a notice of

7    appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the

8    assigned District Judge enters a judgment in the case.

9         Objections, however, may be filed and served upon all parties no later than **December 7,**

10   **2018.**  The Clerk should note the matter for **December 7, 2018**, as ready for the District Judge's

11   consideration if no objection is filed.  If objections are filed, any response is due within 14 days

12   after being served with the objections.  A party filing an objection must note the matter for the

13   Court's consideration 14 days from the date the objection is filed and served.  The matter will

14   then be ready for the Court's consideration on the date the response is due.  Objections and

15   responses shall not exceed five pages.  The failure to timely object may affect the right to appeal.

16        DATED this 14th day of November, 2018.

17

18        _____
            BRIAN A. TSUCHIDA
19          Chief United States Magistrate Judge

20

21

22

23

REPORT AND RECOMMENDATION - 2