UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIE FRANCISCO ALVAREZ,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C18-973-TSZ

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 14[1], the Court finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED** in part and **MODIFIED** in part.

2. The Government's motion to dismiss, docket no. 11, is **GRANTED**.

3. Petitioner's habeas petition and this action are **DISMISSED** as moot.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 7th day of December, 2018.

Thomas S. Zilly
United States District Judge

---

[1] Petitioner has been released from custody and removed from the United States to Mexico, and the copies of the R&R and related materials that were mailed to petitioner at the Northern Oregon Regional Correctional Facility were returned as undeliverable. *See* docket no. 15. Petitioner has not provided the Court with updated contact information and has not filed any objection to the R&R.

ORDER OF DISMISSAL- 1